UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA DIGITAL LLC,<br>　　　　Plaintiff,<br>　　v.<br>ACER AMERICA CORPORATION,<br>　　　　Defendant. | Case No. 20-cv-02337-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 32 |

　　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: October 1, 2020

_____
WILLIAM H. ORRICK
United States District Judge